Mark P. Breyer (Bar No. 016862)
James J. Cupero (Bar No. 035376)
BREYER LAW OFFICES, P.C.
3840 East Ray Road
Phoenix, Arizona 85044
minutes@breyerlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Zakeeius Leggions, individually and on behalf of the statutory beneficiaries of Sophia Green, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>Yongchau Chen and Jane Doe Chen, husband and wife; Tengfei Trucking, Inc., a foreign corporation; Big Brother Trucking, Inc., a foreign corporation; Alfred Green; Contract Freighters, Inc., a foreign corporation; John and Jane Does 1-5; and ABC Corporations 1-5,<br><br>Defendants. | No.<br><br>**COMPLAINT FOR DAMAGES**<br><br>**(Tort – Motor Vehicle)** |

The Plaintiff, Zakeeius Leggions, individually and on behalf of the statutory beneficiaries of Sophia Green, deceased, by and through undersigned counsel, for his complaint against the Defendants named herein alleges as follows:

## **PARTIES**

1. Zakeeius Leggions was, at all times relevant to this action, a resident of Shelby County, Tennessee.

1

2. Zakeeius Leggions was, at all times relevant to this action, the adult son of Sophia Green, deceased.

3. The Plaintiff, Zakeeius Leggions, is a statutory beneficiary under A.R.S. §12-612 and brings this action individually and on behalf of Sophia Green's additional natural adult children and statutory beneficiaries Shatavia Allston, Katara Lofton, Altinique Lofton and Jecory Lofton.

4. Upon information and belief, Defendants Yongchao Chen and Jane Doe Chen are residents of Los Angeles County, California.

5. At all times relevant hereto, the Defendant Yongchao Chen was acting individually and on behalf of the marital community, if any, of Defendant Yongchao Chen and Jane Doe Chen, whose true name is unknown to Zakeeius Leggions.

6. The Defendant Tengfei Trucking, Inc. is a foreign corporation doing business in Los Angeles County, California.

7. The Defendant Big Brother Transportation, Inc. is a foreign corporation doing business in Los Angeles County, California.

8. Upon information and belief, Defendant Alfred Green is a resident of Rosedale, Mississippi.

9. The Defendant Contract Freighters, Inc. is a foreign corporation doing business in Jasper County, Missouri.

10. At all times relevant hereto and upon information and belief, all named Defendants were doing business or conducting activities in Arizona.

11. John and Jane Does 1-5 and ABC Corporations 1-5 are persons or entities whose conduct, true names and identities are unknown at this time. Zakeeius Leggions requests leave to amend this pleading when that information is discovered.

12. The acts and omissions complained of herein occurred in Navajo County, Arizona, within the jurisdiction of this Court.

2

**JURISDICTION AND VENUE**

13. This Court has jurisdiction pursuant to U.S.C. § 1332, in that it is a civil action between parties with complete diversity of citizenship and the amount in controversy, exclusive of interests and costs, exceeds the jurisdictional minimum of $75,000.00.

14. Venue is proper in the District of Arizona pursuant to U.S.C. § 1391(b)(2) in that a substantial part of the events giving rise to the claim occurred in the District of Arizona.

**FACTUAL ALLEGATIONS COMMON TO ALL COUNTS**

15. On March 15, 2020, decedent Sophia Green was a passenger in the sleeper portion of the tractor-trailer being driven by Defendant Alfred Green. Defendant Alfred Green was traveling eastbound on Interstate 40 near mile marker 318, in Navajo County, Arizona. Defendant Yongchao Chen, traveling in the same direction ahead of Defendant Alfred Green, was operating his tractor-trailer at a speed considerably under the posted speed limit of 75 miles per hour when Defendant Alfred Green was unable to react in time to the position of Defendant Yongchao Chen's trailer-trailer and collided with the tractor trailer driven by Defendant Yonghao Chen, resulting in the death of Sophia Green. Immediately after the collision, Defendant Yonghao Chen left the scene of the incident.

16. Ms. Green died at the scene of the incident. According to the death certificate, cause of death is blunt force trauma due to the motor vehicle accident.

17. Defendant Yongchao Chen was the driver of a 2015 tractor pulling an accompanying trailer believed to be owned by Defendants Tengfei Trucking, Inc. and/or Big Brother Transportation, Inc. Upon information and belief, Defendant Yonghao Chen was acting within the course and scope of his employment or under the direction and control of Defendants Tengfei Trucking, Inc. and/or Big Brother

3

1  Transportation, Inc., such that legal liability is imputed to Defendants Tengfei
2  Trucking, Inc. and/or Big Brother Transportation, Inc. under the doctrine of Respondeat
3  Superior and agency principles for the acts of Defendant Yongchao Chen.

4     18.     Defendants Tengfei Trucking, Inc. and/or Big Brothers Transportation,
5  Inc. was independently negligent in the hiring, training, retention, and/or supervision of
6  Defendant Yongchao Chen which was a proximate cause of incident.

7     19.     Defendant Alfred Green was the driver of a 2019 tractor pulling an
8  accompanying trailer believed to be owned by Defendant Contract Freighters, Inc.
9  Upon information and belief, Defendant Alfred Green was acting within the course and
10 scope of his employment or under the direction and control of Defendant Contract
11 Freighters, Inc. such that legal liability is imputed to Defendant Contract Freighters,
12 Inc. under the doctrine of Respondeat Superior and agency principles for the acts of
13 Defendant Alfred Green.

14     20.     Defendant Contract Freighters, Inc. was independently negligent in the
15 hiring, training, retention, and/or supervision of Defendant Alfred Green was a
16 proximate cause of incident.

17     21.     Defendants Tengfei Trucking, Inc., Big Brothers Transportation, Inc. and
18 Contract Freighters, Inc. are motor carriers and the trucks involved were being operated
19 in further of a commercial enterprise.

20     22.     Defendants Tengfei Trucking, Inc., Big Brothers Transportation, Inc. and
21 Contract Freighters, Inc. are contract motor carriers for hire which perform services
22 under negotiated contracts between said Defendants and other entities.

23     23.     Defendants Tengfei Trucking, Inc., Big Brothers Transportation, Inc. and
24 Contract Freighters, Inc. are interstate motor carriers.

25     24.     Defendants Tengfei Trucking, Inc., Big Brothers Transportation, Inc. and
26 Contract Freighters, Inc. were carrying interstate freight.

4

25. The Federal Motor Carrier Safety Administration (FMCSA) regulations under CFR, Title 49, and Parts 382 through 399, apply to these Defendants, and the violation of those regulations in this case is negligence per se.

26. Defendants Yongchao Chen and Alfred Green were inattentive in an effort to reach their destination faster and was therefore motivated by profits with a conscience disregard for the safety of others.

## FIRST CAUSE OF ACTION FOR NEGLIGENCE

27. Plaintiff hereby realleges and incorporates by reference paragraphs 1-26 of this complaint as though fully set forth herein.

28. Defendants had a duty to exercise the degree of care that reasonably careful and prudent professional motor carriers and operators would use to avoid harm to others under similar circumstances.

29. Sophia Green's injuries were proximately caused by the negligence of Defendants Yongchao Chen, Tengfei Trucking, Inc., Big Brothers Transportation, Inc., Alfred Green and Contract Freighters, Inc.

30. As a direct and proximate result of said negligence, Sophia Green died. Her natural, surviving children and statutory beneficiaries, Zakeeius Leggions, Shatavia Allston, Katara Lofton, Altinique Lofton and Jecory Lofton have suffered damages, emotional distress, anxiety and the loss of love and companionship of their mother due to this negligence.

31. The negligence of the Defendants has caused damages to the Plaintiff and the other statutory beneficiaries that are in excess of the minimum jurisdictional limits of this Court. Plaintiff requests leave of this Court to prove these damages at the time of trial.

32. All of the Defendants had a duty to Plaintiff and breached that duty.

33. Injury and death was a foreseeable consequence of the Defendants breach.

5

## SECOND CAUSE OF ACTION FOR WRONGFUL DEATH

34. Plaintiff hereby realleges and incorporates by reference paragraphs 1-33 of this complaint as though fully set forth herein.

35. Defendants are liable pursuant to A.R.S. §12-611, et seq. for wrongful death.

## THIRD CAUSE OF ACTION FOR PUNITIVE DAMAGES

36. Plaintiff hereby realleges and incorporates by reference paragraphs 1-35 of this complaint as though fully set forth herein.

37. In this wrongful death action, the conduct of the Defendants constitute extreme and outrageous conduct that displays a conscious disregard for the safety of others and an evil mind entitling Plaintiff to an award of punitive/exemplary damages. Further, "aggravating circumstances" are present pursuant to A.R.S. §12-613 in which Plaintiff is entitled to an award of punitive/exemplary damages.

## PRAYER FOR RELIEF

**WHEREFORE**, Zakeeius Leggions, individually and on behalf of the statutory beneficiaries of Sophia Green, deceased, prays for judgment against the Defendants as follows:

A. For a sum that is reasonable and just for the Plaintiff and all statutory beneficiaries' loss of consortium;

B. For general compensatory damages in a just and reasonable amount to compensate the Plaintiff and all statutory beneficiaries for suffering, emotional distress, and other emotional damages;

C. For the reasonable value of special damages incurred to date and those to be incurred in the future for reasonable and necessary medical care and attention related to Plaintiff and all statutory beneficiaries' emotional injuries;

D. For the value of the Plaintiff and all statutory beneficiaries' costs incurred herein;

6

1  E. For punitive damages in an amount to be proven at trial;
2  F. For court costs incurred herein; and
3  G. For such other and further relief as the Court deems just and proper.
4  Dated: March 22, 2021.

**BREYER LAW OFFICES, P.C.**

/s/ Mark P. Breyer
Mark P. Breyer
James J. Cupero
3840 East Ray Road
Phoenix, Arizona 85044
Attorneys for Plaintiff

7