CERTIFIED POLICY


To the best of my knowledge, the following is a true and accurate copy of

Policy Number ____72TRS099335_____ as of _____07/ 10/  2020_ .



_____


B. Hendrix, Senior Coordinator Policy Services

**Endorsement # 1**

**COMMERCIAL AUTO**

**CA 99 44 12 93**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE CLAUSE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** We will pay, as interest may appear, you and the loss payee named in the policy for "loss" to a covered "auto".

**B.** The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

**C.** We may cancel the policy as allowed by the CANCELLATION Common Policy Condition.

Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy we will mail you and the loss payee the same advance notice.

**D.** If we make any payments to the loss payee, we will obtain his or her rights against any other party.

| | |
|---|---|
| Policy Number | **72 TRS 099335** |
| Company | **National Fire & Marine Insurance Company** |
| Insured | **TENGFEI TRUCKING INC** |
| Effective Dates | **09/10/2019 12:46 PM** to **03/16/2020 12:01 AM** |
| Secured Party | **CROSSROADS EQUIPMENT LSE & FIN LLC AND ITS SUCCESSORS AND/OR ASSIGNS**<br>**9385 HAVEN AVE**<br>**RANCHO CUCAMONGA, CA 91730** |

| Veh # | Year, Make, Model | VIN | Limit of Insurance | Comp Deduct | Spec C of L Deduct | Collision Deduct |
|---|---|---|---|---|---|---|
| 3 | 2015  HYUNDAI TRAILER | 3H3V532C4FT205058 | 21,000 | 1,000 | | 1,000 |

09/13/2019 07:18 840C6C16-7127-40DA-A52B-6CB6F8B6006D

Copyright, Insurance Services Office, Inc., 1993                                   □

| DATE RECEIVED BY DMV | INSURANCE POLICY ENDORSEMENT | MOTOR CARRIER (CA)# |
|---|---|---|
| | Motor Carriers of Property<br>Bodily Injury Liability and Property Damage Liability | CA524127 |

| INSURER (INSURANCE COMPANY) NAME AND ADDRESS | NAIC #20079 | STATUS: |
|---|---|---|
| National Fire & Marine Insurance Company<br>1314 Douglas Street, Suite 1400<br>Omaha, NE 68102 | OTHER # | [X] Licensed to write insurance in the State of California (Admitted Insurer)<br>[ ] Non Admitted Insurer subject to Section 1763 of the California Insurance Code. _____<br>[ ] Charitable Risk Pool |

| INSURED (MOTOR CARRIER) NAME AND ADDRESS | |
|---|---|
| Tengfei Trucking Inc<br>1535 Abbot Ave #A<br>San Gabriel, CA  91776 | Filled with the:<br>California Department of Motor Vehicles<br>Motor Carrier Permit Branch<br>PO Box 932370      MS G875<br>Sacramento, CA 94232-3700<br>(916) 657-8153 |

| TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|
| **PRIMARY LIABILITY**<br><br>[ ] Coverage below statutory minimum imits.<br><br>[X] Coverage provided at or above statutory minimum limits. | 72TRS099335 | 03/16/19 | Combined Single Limit | **$750,000** |
| | | | Bodily Injury or Death (One Person) | $ |
| | | | Bodily Injury or Death (more than one person) | $ |
| | | | Property Damage | $ |
| **EXCESS LIABILITY**<br><br>[ ] Coverage between primary coverage and statutory minium limits.<br><br>[ ] Coverage provided at or above statutory minimum limits. | | | Combined Single Limit | $_____ in excess of $_____ |
| | | | Bodily Injury (One Person) | $_____ in excess of $_____ |
| | | | Bodily Injury or Death (more than one person) | $_____ in excess of $_____ |
| | | | Property Damage | $_____ in excess of $_____ |

*This Endorsement shall be attached to and made a part of all policies insuring motor carriers of property required to obtain a permit pursuant to the Motor Carriers of Property Permit Act, commencing with California Vehicle Code section 34600. The purpose of this Endorsement is to assure compliance with the Act and related rules and regulations.*

*Insurer agrees to each of the following:*

- The coverage provided by the endorsement excludes any costs of defense that the policy provides.
- To pay, consistent with the minimum insurance coverage required by California Vehicle Code 34631.5, and consistent with the limits it provides herein, any legal liability of insured for bodily injury, death, or property damage arising out of the operation, maintenance, or use of any vehicle(s) for which a motor carrier permit is required, whether or not such vehicle(s) is described in the attached policy.
- No provision, stipulation, or limitation contained in the attached policy or any endorsement shall relieve insurer from obligations arising out of this Endorsement or the Act, regardless of the insured's financial solvency, indebtedness or bankruptcy.
- The Certificate of Insurance shall not be canceled on less than thirty (30) days notice from the Insurer to the DMV, written on an authorized Notice of Cancellation form and that the thirty (30) day/period commences to run from the date the Notice of Cancellation was actually received at the office of the California Department of Motor Vehicles, Registration Opertaions Division in Sacramento, California.
- To furnish DMV with a duplicate original of the referenced policy, DMV authorized endorsement, and all other related endorsements and documentation upon request.
- Except as specified in this endorsement, the terms, conditions, and limitations of this policy remain in full force and effect. This endorsement shall not prevent insurer from seeking reimbursement from insured for any payment made by insurer solely on account of the previsions herin.

*Insurer certifies to each of the following:*

- This insurance policy covers all vehicles used in conducting the service performed by the Insured for which a motor carrier permit is required whether or not said vehicle(s) is listed in the insurance policy.

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| PRINTED NAME OF INSURER'S AUTHORIZED REPRESENTATIVE | TELEPHONE NUMBER | EMAIL ADDRESS |
|---|---|---|
| CHARLES A LANDESS | (661) 257-5977 | cal_landess@pgiinsurance.com |

| SIGNATURE OF INSURER'S AUTHORIZED REPRESENTATIVE | DATE |
|---|---|
| x _(signature)_ | March 20, 2019 |

DMV 67 MCP (REV. 12/2012)

M-5627 (11/2015)

## CALIFORNIA SURPLUS LINES NOTICE

1.  **THE INSURANCE POLICY THAT YOU HAVE PURCHASED IS BEING ISSUED BY AN INSURER THAT IS NOT LICENSED BY THE STATE OF CALIFORNIA. THESE COMPANIES ARE CALLED "NONADMITTED" OR "SURPLUS LINE" INSURERS.**

2.  **THE INSURER IS NOT SUBJECT TO THE FINANCIAL SOLVENCY REGULATION AND ENFORCEMENT THAT APPLY TO CALIFORNIA LICENSED INSURERS.**

3.  **THE INSURER DOES NOT PARTICIPATE IN ANY OF THE INSURANCE GUARANTEE FUNDS CREATED BY CALIFORNIA LAW. THEREFORE, THESE FUNDS WILL NOT PAY YOUR CLAIMS OR PROTECT YOUR ASSETS IF THE INSURER BECOMES INSOLVENT AND IS UNABLE TO MAKE PAYMENTS AS PROMISED.**

4.  **THE INSURER SHOULD BE LICENSED EITHER AS A FOREIGN INSURER IN ANOTHER STATE IN THE UNITED STATES OR AS A NON-UNITED STATES (ALIEN) INSURER. YOU SHOULD ASK QUESTIONS OF YOUR INSURANCE AGENT, BROKER, OR "SURPLUS LINE" BROKER OR CONTACT THE CALIFORNIA DEPARTMENT OF INSURANCE AT THE FOLLOWING TOLL-FREE TELEPHONE NUMBER: 1-800-927-4357 OR INTERNET WEBSITE WWW.INSURANCE.CA.GOV. ASK WHETHER OR NOT THE INSURER IS LICENSED AS A FOREIGN OR NON-UNITED STATES (ALIEN) INSURER AND FOR ADDITIONAL INFORMATION ABOUT THE INSURER. YOU MAY ALSO CONTACT THE NAIC'S INTERNET WEB SITE AT <u>WWW.NAIC.ORG</u>.**

5.  **FOREIGN INSURERS SHOULD BE LICENSED BY A STATE IN THE UNITED STATES AND YOU MAY CONTACT THAT STATE'S DEPARTMENT OF INSURANCE TO OBTAIN MORE INFORMATION ABOUT THAT INSURER.**

M-5627 (11/2015)

6. **FOR NON-UNITED STATES (ALIEN) INSURERS, THE INSURER SHOULD BE LICENSED BY A COUNTRY OUTSIDE OF THE UNITED STATES AND SHOULD BE ON THE NAIC'S INTERNATIONAL INSURERS DEPARTMENT (IID) LISTING OF APPROVED NONADMITTED NON-UNITED STATES INSURERS. ASK YOUR AGENT, BROKER, OR "SURPLUS LINE" BROKER TO OBTAIN MORE INFORMATION ABOUT THAT INSURER.**

7. **CALIFORNIA MAINTAINS A LIST OF APPROVED SURPLUS LINE INSURERS. ASK YOUR AGENT OR BROKER IF THE INSURER IS ON THAT LIST, OR VIEW THAT LIST AT THE INTERNET WEB SITE OF THE CALIFORNIA DEPARTMENT OF INSURANCE: WWW.INSURANCE.CA.GOV.**

8. **IF YOU, AS THE APPLICANT, REQUIRED THAT THE INSURANCE POLICY YOU HAVE PURCHASED BE BOUND IMMEDIATELY, EITHER BECAUSE EXISTING COVERAGE WAS GOING TO LAPSE WITHIN TWO BUSINESS DAYS OR BECAUSE YOU WERE REQUIRED TO HAVE COVERAGE WITHIN TWO BUSINESS DAYS, AND YOU DID NOT RECEIVE THIS DISCLOSURE FORM AND A REQUEST FOR YOUR SIGNATURE UNTIL AFTER COVERAGE BECAME EFFECTIVE, YOU HAVE THE RIGHT TO CANCEL THIS POLICY WITHIN FIVE DAYS OF RECEIVING THIS DISCLOSURE. IF YOU CANCEL COVERAGE, THE PREMIUM WILL BE PRORATED AND ANY BROKER'S FEE CHARGED FOR THIS INSURANCE WILL BE RETURNED TO YOU.**

**National Fire & Marine Insurance Company**

A STOCK COMPANY

# COMMERCIAL POLICY

**Report  <u>ALL</u>  Accidents To:**

# 1-800-356-5750

**24 Hour**             **Toll Free**

---

**IMPORTANT NOTICE
TO AUTOMOBILE POLICYHOLDERS**

If any new or replacement drivers are hired during the term of this policy, notify the company immediately. Failure to do so may result in termination of your policy.

---

THESE POLICY PROVISIONS WITH THE DECLARATIONS PAGE, COVERAGE FORM AND ENDORSEMENTS, IF ANY, COMPLETE THIS POLICY. THIS POLICY IS A LEGAL CONTRACT BETWEEN THE POLICY OWNER AND THE COMPANY.

**READ YOUR POLICY CAREFULLY**

03/30/2019 09:01 2D942291-F72B-41E9-9CC2-E748B1358932

# COMMON POLICY CONDITIONS

**All Coverages included in this policy are subject to the following conditions:**

A. **CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 10 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date at 12:01 a.m. unless another time is stated on the cancellation notice.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

B. **CHANGES**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

C. **EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

D. **INSPECTIONS AND SURVEYS**

We have the right but are not obligated to

1. Make inspections and surveys at any time;

2. Give you reports on the condition we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

E. **PREMIUMS**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

F. **TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary
custody of your property will have your rights and duties but only with respect to that property.

**NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT**

**(Broad Form)**

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of "nuclear material," if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom.

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishings by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" include radioactive, toxic or explosive properties;

   "Nuclear material" means "source material," "Special nuclear material" or "by-product material";

   "Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

   "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

   "Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility."

   "Nuclear facility" means:

      (a) Any "nuclear reactor";

      (b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel," or (3) handling, processing or packaging "waste";

      (c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

      (d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

   and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

   "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

   "Property damage" includes all forms of radioactive contamination of property.

## Surplus Lines Broker Statement Summary

**Company:**   **National Fire & Marine Insurance Company**

**Policy Number:**   **72TRS099335**

**Named Insured and Address:**   **TENGFEI TRUCKING INC**
**1535 ABBOT AVE #A**
**SAN GABRIEL, CA 91776**

POLICY PERIOD: Policy covers FROM      **03/16/2019 12:01 AM**      TO      **03/16/2020**      12:01 A.M. Standard Time

POLICY FEE:                                        $

STAMPING OFFICE CHARGE:                    $

SURPLUS LINES TAX:                            $

OTHER:                                          $

POLICY PREMIUM:                                $

                                        TOTAL:  $

**NEW**

RENEWAL OF NUMBER

**NATIONAL FIRE & MARINE INSURANCE COMPANY**
OMAHA, NEBRASKA
**TRUCKERS COVERAGE DECLARATIONS**

☐ The Declarations
include a second part
designated **"Part 2"**

**72 TRS 099335**

**Producer**

ITEM ONE NAMED INSURED & ADDRESS

**TENGFEI TRUCKING INC**
**1535 ABBOT AVE #A**
**SAN GABRIEL, CA 91776**

**JTC INSURANCE AGENCY**
**17800 CASTLETON ST, STE 628**
**CITY OF INDUSTRY, CA 91748**

FORM OF NAMED INSURED'S BUSINESS:      **Corporation**

NAMED INSURED'S BUSINESS:      **LONG HAUL TRUCKING**

POLICY PERIOD: Policy covers FROM      **03/16/2019 12:01 AM**      TO      **03/16/2020**      12:01 A.M. Standard Time at the Named Insured's Address stated above.

ITEM TWO — SCHEDULE OF COVERAGES AND COVERED AUTOS

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Truckers Coverage Form next to the name of the coverage

| COVERAGES | COVERED AUTOS (Entry of one or more of the symbols from the COVERED AUTOS Section of the Truckers Coverage Form shows which autos are covered autos) | LIMIT OF INSURANCE THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | PREMIUM |
|---|---|---|---|
| LIABILITY | **46** | $ **750,000 CSL** | $ |
| PERSONAL INJURY PROTECTION (P.I.P.) (or equivalent No-fault coverage) | | SEPARATELY STATED IN EACH P.I.P. ENDORSEMENT MINUS $ Deductible | $ |
| ADDED P.I.P. (or equivalent added No-fault | | SEPARATELY STATED IN EACH ADDED P.I.P. ENDORSEMENT | $ |
| PROPERTY PROTECTION INSURANCE (P.P.I.) (Michigan only) | | SEPARATELY STATED IN THE P.P.I. ENDORSEMENT MINUS $ Deductible FOR EACH ACCIDENT | $ |
| AUTO MEDICAL PAYMENTS | | $ | $ |
| UNINSURED MOTORISTS | | $ | $ |
| UNDERINSURED MOTORISTS (When not included in Uninsured Motorists | | $ | $ |
| TRAILER INTERCHANGE COMPREHENSIVE COVERAGE | **See M 4034 (7/2010)** | ACTUAL CASH VALUE, COST OF REPAIR OR $ **See M 4034** WHICHEVER IS LESS, MINUS $ **(7/2010)** Deductible FOR EACH COVERED **AUTO** | $ |
| TRAILER INTERCHANGE SPECIFIED CAUSES OF LOSS COVERAGE | | ACTUAL CASH VALUE, COST OF REPAIR OR $ WHICHEVER IS LESS, MINUS $ Deductible FOR EACH COVERED **AUTO** | $ |
| TRAILER INTERCHANGE COLLISION COVERAGE | **See M 4034 (7/2010)** | ACTUAL CASH VALUE, COST OF REPAIR OR $ **See M 4034** WHICHEVER IS LESS, MINUS $ **(7/2010)** Deductible FOR EACH COVERED **AUTO** | $ |
| **PHYSICAL DAMAGE INSURANCE** | | | |
| COMPREHENSIVE COVERAGE | **46** | ACTUAL CASH VALUE OR COST OF REPAIR OR REPLACEMENT WHICHEVER IS LESS MINUS $ **See M 3912b (08/2001)** Deductible FOR EACH COVERED **AUTO** | $ |
| SPECIFIED CAUSES OF LOSS | | $ Deductible FOR EACH COVERED **AUTO** | $ |
| COLLISION COVERAGE | **46** | $ **See M 3912b (08/2001)** Deductible FOR EACH COVERED **AUTO** | $ |
| TOWING AND LABOR | | $ Deductible FOR EACH COVERED **AUTO** | $ |
| FORMS AND ENDORSEMENTS CONTAINED IN THIS POLICY AT ITS INCEPTION **See M4572 (12/1994)** | | PREMIUM FOR ENDORSEMENTS | $ |
| | | ESTIMATED TOTAL PREMIUM | $ |

ENTER SYMBOL 51 DESCRIPTION HERE:
**Only those autos described in Item Three of the Declarations with Liability premium shown.**

POLICY SUBJECT TO A FULLY EARNED POLICYWRITING MINIMUM PREMIUM OF $ **0** IF CANCELLED BY THE INSURED.

ITEM THREE — SCHEDULE OF COVERED AUTOS      **AS ATTACHED**

**Pacific Gateway Insurance Agency**
Countersigned at      **Valencia, CA**      By

AUTHORIZED SIGNATURE

**In Witness whereof,** we have caused this policy to be executed and attested.

Secretary

President

Includes copyrighted material of Insurance Services Office with its permission. Copyright, Insurance Services Office, 1985.

FM-4512c (07/2006)      03/30/2019 09:01 2D942291-F72B-41E9-9CC2-E748B1358932

## SCHEDULE OF FORMS AND ENDORSEMENTS AT POLICY INCEPTION

POLICY #       **72 TRS 099335**

INSURED        **TENGFEI TRUCKING INC**

EFFECTIVE      **03/16/2019 12:01 AM**

| | | |
|---|---|---|
| **M 5627** | **11/2015** | **California Surplus Lines Notice** |
| **M 4600a** | **04/2003** | **Commercial Policy Jacket** |
| **FM 4512c** | **07/2006** | **Truckers Coverage Declarations** |
| **M 4572** | **12/1994** | **Schedule of Forms and Endorsements at Policy Inception** |
| **M 4959a** | **03/2002** | **Schedule of Covered Autos** |
| **M 5872** | **04/2016** | **Changes to Common Policy Conditions** |
| **M 5901** | **04/2017** | **Truckers Covered Auto Symbols** |
| **CA 2320** | **03/2006** | **Truckers Endorsement** |
| **CA 0001** | **03/2006** | **Business Auto Coverage Form** |
| **M 3912b** | **08/2001** | **Stated Amount Insurance** |
| **CA 9944** | **12/1993** | **Loss Payable Clause** |
| **M 4034** | **07/2010** | **Trailer Interchange Coverage** |
| **CA 0143** | **05/2007** | **California Changes** |
| **M 5377** | **10/2015** | **Notice of Service of Suit** |
| **M 5566** | **11/2010** | **Return Premium - Less Than Pro Rata** |
| **M 5479** | **04/2010** | **Towing And Storing Costs** |
| **M 3795** | **03/1987** | **Punitive Damage Exclusion Duty to Defend Amendment** |
| **M 5701** | **05/2012** | **Supplemental Declarations - Cargo Coverage** |
| **M 5655** | **05/2012** | **Cargo Coverage Form** |
| **M 5694** | **03/2012** | **Refrigeration Breakdown Coverage Endorsement** |
| **M 5824** | **01/2015** | **Terrorism Risk Insurance Endorsement** |

**Form Version 041001**

03/30/2019 09:01 2D942291-F72B-41E9-9CC2-E748B1358932

M-4572 (12/94)

M-4959a (03/2002)

## SCHEDULE OF COVERED AUTOS

POLICY NUMBER: **72 TRS 099335**

EFFECTIVE DATE: **03/16/2019 12:01 AM**

NAMED INSURED : **TENGFEI TRUCKING INC**

| Veh # | Year / Make / Model / VIN | Use (C,S or R) / Radius / Garaging Territory / Garaging City, State | GVW or Seating Capacity | Premiums | | | | | | | | Physical Damage | | | |
| | | | | Liab | UM/UIM | No-Fault | Med Pay | Addl Insd | In-Tow | Other | Limit Stated Amount or ACV | S C | Spec Causes Comprehensive Premium / Deduct | Collision Premium / Deduct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2015 VOLVO TRACTOR 4V4NC9EH0FN919156 | Commercial Unlimited Territory 4 SAN GABRIEL, CA | 45,001 Lbs. | 11,527 | | | | | | 3,191 | 60,000 | C | Incl 1000 Ded | 5,695 1000 Ded |
| 2 | 2015 VOLVO TRACTOR 4V4NC9EHXFN178630 | Commercial Unlimited Territory 4 SAN GABRIEL, CA | 45,001 Lbs. | 11,527 | | | | | | 3,191 | 60,000 | C | Incl 1000 Ded | 5,695 1000 Ded |
| 3 | 2015 HYUNDAI TRAILER 3H3V532C4FT205058 | Commercial Unlimited Territory 4 SAN GABRIEL, CA | 45,001 Lbs. | 1,213 | | | | | | | 21,000 | C | Incl 1000 Ded | 2,744 1000 Ded |
| 4 | 2008 UTILITY TRAILER 1UYVS25348P394637 | Commercial Unlimited Territory 4 SAN GABRIEL, CA | 45,001 Lbs. | 1,213 | | | | | | | 15,000 | C | Incl 1000 Ded | 2,440 1000 Ded |
| | Premium for Endorsements | | | | | | | | | | | | | |

M-5872 (04/2016)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CHANGES TO COMMON POLICY CONDITIONS – CANCELLATION

The following are added to Paragraph **A.1. Cancellation** of the Common Policy Conditions:

    a.  However, if you granted a power of attorney to obtain financing for the policy, the finance company must provide a written notice of cancellation to us. We will then cancel the policy as of the date:

        (1)  specified in the notice, or

        (2)  required under any applicable statute, regulation, or other policy provision,

    whichever is latest.

    b.  If we filed proof of insurance on your behalf to a government agency, the law may require advance notice of cancellation to that agency. The date of cancellation will be extended as needed to comply.

All other terms, conditions and agreements remain unchanged.

| Company Name | Policy Number |
|---|---|
| **National Fire & Marine Insurance Company** | **72 TRS 099335** |
| | Endorsement Effective |
| | **03/16/2019 12:01 AM** |
| Named Insured | Countersigned at |
| **TENGFEI TRUCKING INC** | By |

(Authorized Representative)

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy)

M-5901 (04/2017)

# TRUCKERS COVERED AUTO SYMBOLS

In addition to the numerical symbols listed on the Business Auto Coverage Form the following additional numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

| Symbol | Description of Covered Auto Designation Symbol |
|---|---|
| 41 | **Any "Autos"** |
| 42 | **Owned "Autos" Only**<br>Only the "autos" you own (and for Liability Coverage any "trailers" you don't own while connected to a power unit you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 43 | **Owned Commercial "Autos" Only**<br>Only those trucks, tractors and "trailers" you own (and for Liability Coverage any "trailers" you don't own while connected to a power unit you own). This includes those trucks, tractors and "trailers" you acquire ownership of after the policy begins. |
| 44 | **Owned "Autos" Subject To No- Fault**<br>Only those "autos" you own that are required to have No-Fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the No-Fault law in the state where they are licensed or principally garaged. |
| 45 | **Owned "Autos" Subject To A Compulsory Uninsured Motorists Law**<br>Only those "autos" you own that, because of the law in the state where they are licensed or principally garaged, are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 46 | **Specifically Described "Autos"**<br>Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| 47 | **Hired "Autos" Only**<br>Only those "autos" you lease, hire, rent or borrow. This does not include any "private passenger type auto" you lease, hire, rent or borrow from any member of your household, any of your "employees", partners (if you are a partnership), members (if you are a limited liability company), or agents or members of their households. |
| 48 | **"Trailers" In Your Possession Under A Written Trailer Or Equipment Interchange Agreement**<br>Only those "trailers" you do not own while in your possession under a written "trailer" or equipment interchange agreement in which you assume liability for "loss" to the "trailers" while in your possession. |
| 49 | **Your "Trailers" In The Possession Of Anyone Else Under A Written Trailer Interchange Agreement**<br>Only those "trailers" you own or hire while in the possession of anyone else under a written "trailer" interchange agreement. When Symbol "49" is entered next to a Physical Damage Coverage in Item Two of the Declarations, the Physical Damage Coverage exclusion relating to "loss" to a "trailer" in the possession of anyone else does not apply to that coverage. |

 Includes copyrighted material of ISO, with its permission.

M-5901 (04/2017)

| | |
|---|---|
| 50 | **Nonowned "Autos" Only**<br>Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "private passenger type autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs |
| 51 | **Policy Level**<br>Only those autos described in Item Three of the Declarations with Liability premium shown |
| 59 | **Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only**<br>Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |
| | |
| | |

03/30/2019 09:01 2D942291-F72B-41E9-9CC2-E748B1358932

M-5901 (04/2017)                    Includes copyrighted material of ISO, with its permission.                    Page 2 of 2

POLICY NUMBER:   **72 TRS 099335**

COMMERCIAL AUTO
CA 23 20 03 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TRUCKERS ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:**   **TENGFEI TRUCKING INC** | |
| **Endorsement Effective Date:**      **03/16/2019 12:01 AM** | |
| **Countersignature Of Authorized Representative** | |
| **Name:** | |
| **Title:** | |
| **Signature:** | |
| **Date:** | |

**SCHEDULE**

For those covered "autos" used in your operations as a "trucker" the liability "cost of hire" provisions in the Declarations are replaced by the following:

**SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS - LIABILITY COVERAGE**

**LIABILITY COVERAGE - RATING BASIS, COST OF HIRE - AUTOS USED IN YOUR TRUCKING OPERATIONS**

| Estimated Cost Of Hire | Rate Per Each $100 Cost Of Hire | Total Estimated Premium |
|---|---|---|
| $ | $ | $ |

"Cost of hire" means the total cost you incur for the hire of "autos" you don't own (not including "private passenger type autos" you borrow or rent from members of your household, your partners, "employees" or agents or members of their households).

CA 23 20 03 06                    © ISO Properties, Inc., 2005                    **Page 1 of 5**        ☐

The following provisions apply to those covered "autos" used in your operations as a "trucker" if Gross Receipts is used as a premium basis:

**SCHEDULE FOR GROSS RECEIPTS RATING BASIS - LIABILITY COVERAGE**

| Estimated Yearly Gross Receipts: | |
|---|---|
| Rates (Per $100 Of Gross Receipts) | |
| Liability Coverage | $ |
| Auto Medical Payments | $ |
| Premiums | |
| Liability Coverage | $ |
| Auto Medical Payments | $ |
| Total Premiums | $ |
| Minimum Premiums | $ |

When used as a premium basis:

Gross Receipts means the total amount to which you are entitled for shipping or transporting property during the policy period regardless of whether you or any other carrier originate the shipment or transportation. Gross Receipts includes the total amount received from renting equipment, with or without drivers, to anyone who is not a "trucker" and 15% of the total amount received from renting any equipment to any "trucker". Gross Receipts does not include:

1. Amounts you pay to railroads, steamship lines, airlines and other motor carriers operating under their own ICC or PUC permits.
2. Advertising Revenue.
3. Taxes which you collect as a separate item and remit directly to a governmental division.
4. C.O.D. collections for cost of mail or merchandise including collection fees.
5. Warehouse storage fees.

**SCHEDULE OF TRAILER INTERCHANGE COVERAGE**

| Coverages | Limit Of Insurance | | Daily Rate | Estimated Premium |
|---|---|---|---|---|
| Comprehensive | Actual Cash Value, Cost Of Repair Or<br>$ Whichever Is Less | | $ | $ |
| Specified Causes Of Loss | Actual Cash Value, Cost Of Repair Or<br>$ Whichever Is Less Minus<br>$ Deductible For Each Trailer<br>For Loss Caused By Mischief<br>Or Vandalism | | $ | $ |
| Collision | Actual Cash Value, Cost Of Repair Or<br>$ Whichever Is Less Minus<br>$ Deductible For Each Trailer | | $ | $ |
| | | Total Premium | $ | |

© ISO Properties, Inc., 2005

**PHYSICAL DAMAGE COVERAGE**

The **Physical Damage Coverage** Exclusion in Paragraph **C.** of this endorsement is removed for each of the following coverages indicated by an "x" in the box.

☐ COMPREHENSIVE
☐ SPECIFIED CAUSES OF LOSS
☐ COLLISION

For any operations you engage in as a "trucker" the policy is changed as follows:

**A. Who Is An Insured** under Liability Coverage is replaced by the following:

**1. Who Is An Insured**

  **a.** You for any covered "auto".

  **b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

    **(1)** The owner or anyone else from whom you hire or borrow a covered "private passenger type auto".

    **(2)** Your "employee" or agent if the covered "auto" is a "private passenger type auto" and is owned by that "employee" or agent or a member of his or her household.

    **(3)** Someone using a covered "auto" while they are working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

    **(4)** Anyone other than your "employees", partners (if you are a partnership), or members (if you are a limited liability company), or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

    **(5)** A partner (if you are a partnership), or member (if you are a limited liability company) for a covered "private passenger type auto" owned by him or her or a member of his or her household.

  **c.** The owner or anyone else from whom you hire or borrow a covered "auto" that is a "trailer" while the "trailer" is connected to another covered "auto" that is a power unit, or, if not connected:

    **(1)** Is being used exclusively in your business as a "trucker"; and

    **(2)** Is being used pursuant to operating rights granted to you by a public authority.

  **d.** The owner or anyone else from whom you hire or borrow a covered "auto" that is not a "trailer" while the covered "auto":

    **(1)** Is being used exclusively in your business as a "trucker"; and

    **(2)** Is being used pursuant to operating rights granted to you by a public authority.

  **e.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

However, none of the following is an "insured":

  **a.** Any "trucker", or his or her agents or "employees", other than you and your "employees":

    **(1)** If the "trucker" is subject to motor carrier insurance requirements and meets them by a means other than "auto" liability insurance.

    **(2)** If the "trucker" is not insured for hired "autos" under an "auto" liability insurance form that insures on a primary basis the owners of the "autos" and their agents and "employees" while the "autos" are being used exclusively in the "trucker's" business and pursuant to operating rights granted to the "trucker" by a public authority.

  **b.** Any rail, water or air carrier or its "employees" or agents, other than you and your "employees", for a "trailer" if "bodily injury" or "property damage" occurs while the "trailer" is detached from a covered "auto" you are using and:

    **(1)** Is being transported by the carrier; or

    **(2)** Is being loaded on or unloaded from any unit of transportation by the carrier.

**B.** The following **Trailer Interchange Coverage** Provisions are added:

**1. Coverage**

    **a.** We will pay all sums you legally must pay as damages because of "loss" to a "trailer" you don't own or its equipment. The "trailer" must be in your possession under a written "trailer" or equipment interchange agreement in which you assume liability for "loss" to the "trailer" while in your possession.

    **b.** We will pay for "loss" to the "trailer" under:

        **(1) Comprehensive Coverage**

        From any cause except:

          **(a)** The "trailer's" collision with another object; or

          **(b)** The "trailer's" overturn.

        **(2) Specified Causes Of Loss Coverage**

        Caused by:

          **(a)** Fire, lightning or explosion;

          **(b)** Theft;

          **(c)** Windstorm, hail or earthquake;

          **(d)** Flood;

          **(e)** Mischief or vandalism; or

          **(f)** The sinking, burning, collision or derailment of any conveyance transporting the "trailer".

        **(3) Collision Coverage**

        Caused by:

          **(a)** The "trailer's" collision with another object; or

          **(b)** The "trailer's" overturn.

    **c.** We have the right and duty to defend any "suit" asking for these damages. However, we have no duty to defend "suits" for "loss" not covered by this Coverage Form. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit of Insurance for that coverage has been exhausted by payment of judgments or settlements.

    **d. Coverage Extensions**

    The following applies as Supplementary Payments. We will pay for you:

        **(1)** All expenses we incur.

        **(2)** The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance.

        **(3)** All reasonable expenses incurred at our request, including actual loss of earnings up to $250 a day because of time off from work.

        **(4)** All costs taxed against the "insured" in any "suit" against the "insured" we defend.

        **(5)** All interest on the full amount of any judgment that accrues after entry of the judgment, but our duty to pay interest ends when we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

    These payments will not reduce the Limit of Insurance.

**2. Exclusions**

    **a.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

        **(1) Nuclear Hazard**

          **(a)** The explosion of any weapon employing atomic fission or fusion; or

          **(b)** Nuclear reaction or radiation, or radioactive contamination, however caused.

        **(2) War Or Military Action**

          **(a)** War, including undeclared or civil war;

          **(b)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

          **(c)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

    **b.** We will not pay for loss of use.

    **c. Other Exclusions**

    We will not pay for "loss" caused by or resulting from any of the following unless caused by other "loss" that is covered by this insurance:

        **(1)** Wear and tear, freezing, mechanical or electrical breakdown.

        **(2)** Blowouts, punctures or other road damage to tires.

      © ISO Properties, Inc., 2005      CA 23 20 03 06   ☐

**3. Limit Of Insurance And Deductible**

The most we will pay for "loss" to any one "trailer" is the least of the following amounts minus any applicable deductible shown in the Schedule:

**a.** The actual cash value of the damaged or stolen property at the time of the "loss".

**b.** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**c.** The Limit of Insurance shown in the Schedule.

**C. Physical Damage Coverage** is changed by adding the following exclusion:

We will not pay for "loss" to:

Any covered "auto" while in anyone else's possession under a written trailer interchange agreement. But this exclusion does not apply to a loss payee; however, if we pay the loss payee, you must reimburse us for our payment.

**D.** The **Other Insurance** Condition is replaced by the following:

**5. Other Insurance - Primary And Excess Insurance Provisions**

**a.** This Coverage Form's Liability Coverage is primary for any covered "auto" while hired or borrowed by you and used exclusively in your business as a "trucker" and pursuant to operating rights granted to you by a public authority. This Coverage Form's Liability Coverage is excess over any other collectible insurance for any covered "auto" while hired or borrowed from you by another "trucker". However, while a covered "auto" which is a "trailer" is connected to a power unit, this Coverage Form's Liability Coverage is:

**(1)** On the same basis, primary or excess, as for the power unit if the power unit is a covered "auto".

**(2)** Excess if the power unit is not a covered "auto".

**b.** Any Trailer Interchange Coverage provided by this Coverage Form is primary for any covered "auto".

**c.** Except as provided in Paragraphs **a.** and **b.** above, this Coverage Form provides primary insurance for any covered "auto" you own and excess insurance for any covered "auto" you don't own.

**d.** For Hired Auto Physical Damage coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**e.** Regardless of the provisions of Paragraphs **a., b.** and **c.** above, this Coverage Form's Liability Coverage is primary for any liability assumed under an "insured contract".

**f.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**E. Additional Definitions**

As used in this endorsement

**1.** "Trailer" includes a semitrailer or a dolly used to convert a semitrailer into a trailer. But for Trailer Interchange Coverage only, "trailer" also includes a container.

**2.** "Private passenger type" means a private passenger or station wagon type "auto" and includes an "auto" of the pick-up or van type if not used for business purposes.

**3.** "Trucker" means any person or organization engaged in the business of transporting property by "auto" for hire.

 © ISO Properties, Inc., 2005

COMMERCIAL AUTO
CA 00 01 03 06

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

**SECTION I - COVERED AUTOS**

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|--------|-------------------|---|
| **1** | Any "Auto" | |
| **2** | Owned "Autos" Only | Only those "autos" you own (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| **3** | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **4** | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **5** | Owned "Autos" Subject To No-Fault | Only those "autos" you own that are required to have No-Fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have No-Fault benefits in the state where they are licensed or principally garaged. |
| **6** | Owned "Autos" Subject To A Compulsory Uninsured | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **7** | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| **8** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| **9** | Nonowned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs. |

| 19 | Mobile Equip-ment Subject To Compulsory Or Financial Re-sponsibility Or Other Motor Ve-hicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **1, 2, 3, 4, 5, 6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

**SECTION II - LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

**1. Who Is An Insured**

The following are "insureds":

   a. You for any covered "auto".

   b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

   (1) The owner or anyone else from whom you hire or borrow a covered "auto". This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

     © ISO Properties, Inc., 2005

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company), or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership), or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work

**(5)** All costs taxed against the "insured" in any "suit" against the "insured" we defend.

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-Of-State Coverage Extensions**

While a covered "auto" is away from the state where it is licensed we will:

**(1)** Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

**(1)** Employment by the "insured"; or

(2) Performing the duties related to the con-
duct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister
of that "employee" as a consequence of
Paragraph **a.** above.

This exclusion applies:

(1) Whether the "insured" may be liable as
an employer or in any other capacity;
and

(2) To any obligation to share damages with
or repay someone else who must pay
damages because of the injury.

But this exclusion does not apply to "bodily in-
jury" to domestic "employees" not entitled to
workers' compensation benefits or to liability
assumed by the "insured" under an "insured
contract". For the purposes of the Coverage
Form, a domestic "employee" is a person en-
gaged in household or domestic work per-
formed principally in connection with a resi-
dence premises.

**5. Fellow Employee**

"Bodily injury" to any fellow "employee" of the
"insured" arising out of and in the course of the
fellow "employee's" employment or while per-
forming duties related to the conduct of your
business.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost
or expense" involving property owned or trans-
ported by the "insured" or in the "insured's"
care, custody or control. But this exclusion
does not apply to liability assumed under a
sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting
from the handling of property:

**a.** Before it is moved from the place where it is
accepted by the "insured" for movement
into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to
the place where it is finally delivered by the
"insured".

**8. Movement Of Property By Mechanical
Device**

"Bodily injury" or "property damage" resulting
from the movement of property by a mechani-
cal device (other than a hand truck) unless the
device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out
of the operation of:

**a.** Any equipment listed in Paragraphs **6.b.**
and **6.c.** of the definition of "mobile equip-
ment"; or

**b.** Machinery or equipment that is on, attached
to, or part of, a land vehicle that would qual-
ify under the definition of "mobile equip-
ment" if it were not subject to a compulsory
or financial responsibility law or other motor
vehicle insurance law where it is licensed or
principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out
of your work after that work has been com-
pleted or abandoned.

In this exclusion, your work means:

**a.** Work or operations performed by you or on
your behalf; and

**b.** Materials, parts or equipment furnished in
connection with such work or operations.

Your work includes warranties or representa-
tions made at any time with respect to the fit-
ness, quality, durability or performance of any
of the items included in Paragraph **a.** or **b.**
above.

Your work will be deemed completed at the
earliest of the following times:

(1) When all of the work called for in your
contract has been completed.

(2) When all of the work to be done at the
site has been completed if your contract
calls for work at more than one site.

(3) When that part of the work done at a job
site has been put to its intended use by
any person or organization other than
another contractor or subcontractor
working on the same project.

Work that may need service, maintenance, cor-
rection, repair or replacement, but which is oth-
erwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out
of the actual, alleged or threatened discharge,
dispersal, seepage, migration, release or es-
cape of "pollutants":

**a.** That are, or that are contained in any prop-
erty that is:

(1) Being transported or towed by, handled,
or handled for movement into, onto or
from, the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined, resulting from any one "accident" is the Limit of Insurance for Liability Coverage shown in the Declarations.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage Endorsement, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**SECTION III - PHYSICAL DAMAGE COVERAGE**

**A. Coverage**

**1.** We will pay for "loss" to a covered "auto" or its equipment under:

**a. Comprehensive Coverage**

From any cause except:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**b. Specified Causes Of Loss Coverage**

Caused by:

**(1)** Fire, lightning or explosion;

**(2)** Theft;

**(3)** Windstorm, hail or earthquake;

**(4)** Flood;

**(5)** Mischief or vandalism; or

**(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

**c. Collision Coverage**

Caused by:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**2. Towing**

We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

**3. Glass Breakage - Hitting A Bird Or Animal - Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

**a.** Glass breakage;

**b.** "Loss" caused by hitting a bird or animal; and

**c.** "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**4. Coverage Extensions**

**a. Transportation Expenses**

We will pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

**b. Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

**(1)** Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

**(2)** Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

**(3)** Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**B. Exclusions**

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**a. Nuclear Hazard**

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War Or Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

**3.** We will not pay for "loss" caused by or resulting from any of the following unless caused by other "loss" that is covered by this insurance:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

**4.** We will not pay for "loss" to any of the following:

**a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

© ISO Properties, Inc., 2005

**b.** Any device designed or used to detect speed measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed measurement equipment.

**c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that receives or transmits audio, visual or data signals and that is not designed solely for the reproduction of sound.

**d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

Exclusions **4.c.** and **4.d.** do not apply to:

**a.** Equipment designed solely for the reproduction of sound and accessories used with such equipment, provided such equipment is permanently installed in the covered "auto" at the time of the "loss" or such equipment is removable from a housing unit which is permanently installed in the covered "auto" at the time of the "loss", and such equipment is designed to be solely operated by use of the power from the "auto's" electrical system, in or upon the covered "auto"; or

**b.** Any other electronic equipment that is:

**(1)** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system; or

**(2)** An integral part of the same unit housing any sound reproducing equipment described in Paragraph **a.** above and permanently installed in the opening of the dash or console of the covered "auto" normally used by the manufacturer for installation of a radio.

**5.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**C. Limit Of Insurance**

**1.** The most we will pay for "loss" in any one "accident" is the lesser of:

**a.** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**b.** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**SECTION IV - BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

(2) Immediately send us copies of any re-
quest, demand, order, notice, summons
or legal paper received concerning the
claim or "suit".

(3) Cooperate with us in the investigation or
settlement of the claim or defense
against the "suit".

(4) Authorize us to obtain medical records
or other pertinent information.

(5) Submit to examination, at our expense,
by physicians of our choice, as often as
we reasonably require.

c. If there is "loss" to a covered "auto" or its
equipment you must also do the following:

(1) Promptly notify the police if the covered
"auto" or any of its equipment is stolen.

(2) Take all reasonable steps to protect the
covered "auto" from further damage.
Also keep a record of your expenses for
consideration in the settlement of the
claim.

(3) Permit us to inspect the covered "auto"
and records proving the "loss" before its
repair or disposition.

(4) Agree to examinations under oath at our
request and give us a signed statement
of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us un-
der this Coverage Form until:

a. There has been full compliance with all the
terms of this Coverage Form; and

b. Under Liability Coverage, we agree in writ-
ing that the "insured" has an obligation to
pay or until the amount of that obligation
has finally been determined by judgment af-
ter trial. No one has the right under this pol-
icy to bring us into an action to determine
the "insured's" liability.

**4. Loss Payment - Physical Damage
Coverages**

At our option we may:

a. Pay for, repair or replace damaged or stolen
property;

b. Return the stolen property, at our expense.
We will pay for any damage that results to
the "auto" from the theft; or

c. Take all or any part of the damaged or sto-
len property at an agreed or appraised
value.

If we pay for the "loss", our payment will include
the applicable sales tax for the damaged or sto-
len property.

**5. Transfer Of Rights Of Recovery Against
Others To Us**

If any person or organization to or for whom we
make payment under this Coverage Form has
rights to recover damages from another, those
rights are transferred to us. That person or or-
ganization must do everything necessary to se-
cure our rights and must do nothing after "acci-
dent" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the
"insured's" estate will not relieve us of any obli-
gations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of
fraud by you at any time as it relates to this
Coverage Form. It is also void if you or any
other "insured", at any time, intentionally con-
ceal or misrepresent a material fact concern-
ing:

a. This Coverage Form;

b. The covered "auto";

c. Your interest in the covered "auto"; or

d. A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide
more coverage without additional premium
charge, your policy will automatically provide
the additional coverage as of the day the revi-
sion is effective in your state.

**4. No Benefit To Bailee - Physical Damage
Coverages**

We will not recognize any assignment or grant
any coverage for the benefit of any person or
organization holding, storing or transporting
property for a fee regardless of any other provi-
sion of this Coverage Form.

© ISO Properties, Inc., 2005          CA 00 01 03 06    □

5. **Other Insurance**

   a. For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Liability Coverage this Coverage Form provides for the "trailer" is:

      (1) Excess while it is connected to a motor vehicle you do not own.

      (2) Primary while it is connected to a covered "auto" you own.

   b. For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

   c. Regardless of the provisions of Paragraph a. above, this Coverage Form's Liability Coverage is primary for any liability assumed under an "insured contract".

   d. When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

6. **Premium Audit**

   a. The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

   b. If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

7. **Policy Period, Coverage Territory**

   Under this Coverage Form, we cover "accidents" and "losses" occurring:

   a. During the policy period shown in the Declarations; and

   b. Within the coverage territory.

   The coverage territory is:

   a. The United States of America;

   b. The territories and possessions of the United States of America;

   c. Puerto Rico;

   d. Canada; and

   e. Anywhere in the world if:

      (1) A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

      (2) The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

   We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

8. **Two Or More Coverage Forms Or Policies Issued By Us**

   If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION V - DEFINITIONS**

A. "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

B. "Auto" means:

   1. A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured";

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

**6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

**a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing; or

**b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

**c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**2.** Vehicles maintained for use solely on or next to premises you own or rent;

**3.** Vehicles that travel on crawler treads;

**4.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**a.** Power cranes, shovels, loaders, diggers or drills; or

**b.** Road construction or resurfacing equipment such as graders, scrapers or rollers.

**5.** Vehicles not described in Paragraph **1., 2., 3.,** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**b.** Cherry pickers and similar devices used to raise or lower workers.

**6.** Vehicles not described in Paragraph **1., 2., 3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**a.** Equipment designed primarily for:

**(1)** Snow removal;

**(2)** Road maintenance, but not construction or resurfacing; or

**(3)** Street cleaning;

**b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

 © ISO Properties, Inc., 2005

**N.** "Suit" means a civil proceeding in which:

**1.** Damages because of "bodily injury" or "property damage"; or

**2.** A "covered pollution cost or expense", to which this insurance applies, are alleged.

"Suit" includes:

**a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

 © ISO Properties, Inc., 2005 **CA 00 01 03 06**   □

## STATED AMOUNT INSURANCE

M-3912b (8/2001)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

TRUCKERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below, and applies only to those vehicles and coverages indicated below or as may be subsequently added to the policy by endorsement and for which physical damage coverage is afforded and for which a limit of liability is indicated. Vehicle numbers refer to the vehicle number and corresponding vehicle described in the schedule of automobiles attached to this policy.

| VEHICLE NUMBER | LIMIT OF LIABILITY | DEDUCTIBLE | COVERAGE | |
|---|---|---|---|---|
| **See M-4959a** | | $ | ☐ **Collision** | |
| **(03/2002)** | $ | $ | ☐ **Comprehensive** | ☐ **Specified Causes of Loss** |

For a covered auto described in this endorsement:

BUSINESS AUTO COVERAGE FORM - SECTION III - PHYSICAL DAMAGE COVERAGE - SUBSECTION C - LIMIT OF INSURANCE and SUBSECTION D - DEDUCTIBLE or TRUCKERS COVERAGE FORM - SECTION IV - PHYSICAL DAMAGE SUBSECTION C - LIMITS OF INSURANCE and SUBSECTION D - DEDUCTIBLE are changed to read:

**C. - Limit of Insurance**
1. The most we will pay for "loss" in any one "accident" is the lesser of:
   a. The limit of liability shown in the schedule of this endorsement for the involved "auto", or
   b. The actual cash value of the damaged or stolen "auto" as of the time of the "loss", or
   c. The cost of repairing or replacing the damaged or stolen "auto" with another of like kind or quality,
   less the applicable deductible.
2. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".
3. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. - Deductible**
For each covered "auto", our obligation to pay for, repair, return or replace the damaged or stolen auto will be reduced by the applicable deductible shown in this endorsement.

BUSINESS AUTO COVERAGE FORM - SECTION IV - BUSINESS AUTO CONDITIONS - SUBSECTION A.4 - LOSS PAYMENT - PHYSICAL DAMAGE COVERAGES or TRUCKERS COVERAGE FORM - SECTION V - TRUCKERS CONDITIONS - SUBSECTION A.4 - LOSS PAYMENT - PHYSICAL DAMAGE COVERAGES is changed to read:

**4.   Loss Payment - Physical Damage Coverages**

At our option we may:
a. Pay for, repair or replace the damaged or stolen "auto";
b. Return the stolen "auto", at our expense. We will pay for any damage that results to the "auto" from the theft; or
c. Take all or any part of the damaged or stolen "auto" at an agreed or appraised value. If we pay either the scheduled limit of liability for that "auto" or its actual cash value, we are entitled to all salvage.

If we pay for the "loss", we will also include payment of the applicable sales tax for the damaged or stolen "auto".

All other terms, conditions and agreements of the policy shall remain unchanged.

| Company Name | Policy Number |
|---|---|
| **National Fire & Marine Insurance Company** | **72 TRS 099335** |
| | Endorsement Effective |
| | **03/16/2019 12:01 AM** |
| Named Insured | Countersigned by |
| **TENGFEI TRUCKING INC** | |
| | (Authorized Representative) |

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy)

03/30/2019 09:01 2D942291-F72B-41E9-9CC2-E748B1358932

72 TRS 099335

**COMMERCIAL AUTO**
**CA 99 44 12 93**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE CLAUSE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** We will pay, as interest may appear, you and the loss payee named in the policy for "loss" to a covered "auto".

**B.** The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

**C.** We may cancel the policy as allowed by the CANCELLATION Common Policy Condition.

Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy we will mail you and the loss payee the same advance notice.

**D.** If we make any payments to the loss payee, we will obtain his or her rights against any other party.

| | |
|---|---|
| Policy Number | 72 TRS 099335 |
| Company | National Fire & Marine Insurance Company |
| Insured | TENGFEI TRUCKING INC |
| Effective Dates | 03/16/2019 12:01 AM     to     03/16/2020 12:01 AM |
| Secured Party | GENERAL BUSINESS CREDIT<br>110 E 9TH ST A1126<br>LOS ANGELES, CA 90079 |

**The Coverage described below applies only to those autos listed below.**

| Veh # | Year. Make. Model | VIN | Limit of Insurance | Comp Deduct | Spec C of L Deduct | Collision Deduct |
|---|---|---|---|---|---|---|
| 2 | 2015 VOLVO TRACTOR | 4V4NC9EHXFN178630 | 60,000 | 1,000 | | 1,000 |

Copyright, Insurance Services Office, Inc., 1993

**72 TRS 099335**

COMMERCIAL AUTO
CA 99 44 12 93

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE CLAUSE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** We will pay, as interest may appear, you and the loss payee named in the policy for "loss" to a covered "auto".

**B.** The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

**C.** We may cancel the policy as allowed by the CANCELLATION Common Policy Condition.

Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy we will mail you and the loss payee the same advance notice.

**D.** If we make any payments to the loss payee, we will obtain his or her rights against any other party.

| | |
|---|---|
| Policy Number | 72 TRS 099335 |
| Company | National Fire & Marine Insurance Company |
| Insured | TENGFEI TRUCKING INC |
| Effective Dates | 03/16/2019 12:01 AM    to    03/16/2020 12:01 AM |
| Secured Party | MBFS USA LLC & CROSSROADS EQUIPMENT LEASE AND FINANCE LLC<br>9385 HAVEN AVE<br>RANCHO CUCAMONGA, CA 91730 |

**The Coverage described below applies only to those autos listed below.**

| Veh # | Year. Make. Model | VIN | Limit of Insurance | Comp Deduct | Spec C of L Deduct | Collision Deduct |
|---|---|---|---|---|---|---|
| 1 | 2015 VOLVO TRACTOR | 4V4NC9EH0FN919156 | 60,000 | 1,000 | | 1,000 |

03/30/2019 09:01 2D942291-F72B-41E9-9CC2-E748B1358932

Copyright, Insurance Services Office, Inc., 1993

M-4034 (07/2010)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TRAILER INTERCHANGE AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

TRUCKERS COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS ENDORSEMENT (CA 2320)
TRAILER INTERCHANGE ENDORSEMENT (CA 2398)

### TRAILER INTERCHANGE TRAILER SCHEDULE

Trailer Interchange coverage applies only to the types of "trailers" as indicated below:

| | | |
|---|---|---|
| ☐ | *"Trailers" In Your Possession Under A Written Trailer Or Equipment Interchange Agreement* | Only those "trailers" you do not own while in your possession under a written "trailer" or equipment interchange agreement in which you assume liability for "loss" to the "trailers" while in your possession. |
| ☒ | *Nonowned "Trailers" In Your Possession* | Only those "trailers" you do not own while in your possession. |
| ☐ | | |

### TRAILER INTERCHANGE COVERAGE SCHEDULE

| COVERAGE | LIMIT OF INSURANCE AND DEDUCTIBLE FOR EACH COVERED TRAILER | PREMIUM |
|---|---|---|
| Specified Causes of Loss | Least of Actual Cash Value, Cost of Repair, or $ _____ Limit of Insurance<br><br>minus $ _____ Deductible for each covered "trailer",<br><br>not to exceed $ _____ ($100,000 if blank) for all damages under any one "loss." | $ |
| Comprehensive | Least of Actual Cash Value, Cost of Repair, or $ **25,000** Limit of Insurance<br><br>minus $ **1,000** Deductible for each covered "trailer",<br><br>not to exceed $ **100,000** ($100,000 if blank) for all damages under any one "loss." | $ **994** |
| Collision | Least of Actual Cash Value, Cost of Repair, or $ **25,000** Limit of Insurance<br><br>minus $ **1,000** Deductible for each covered "trailer" | $ **Incl.** |

M-4034 (07/2010)         Includes copyrighted material of Insurance Services Office, Inc., with its permission

M-4034 (07/2010)

Paragraph C. of SECTION III of the TRUCKERS COVERAGE FORM or MOTOR CARRIER COVERAGE FORM, Paragraph C. of the TRAILER INTERCHANGE ENDORSEMENT (CA 2398) or Paragraph 3. of the TRUCKERS ENDORSEMENT (CA 2320) is changed to read:

   C. Limit of Insurance and Deductible

   The most we will pay for "loss" to any one "trailer" or its equipment is the least of the following amounts minus any applicable deductible:

     1. The limit of insurance shown in the TRAILER INTERCHANGE COVERAGE SCHEDULE above for the involved trailer, or

     2. The actual cash value of the damaged or stolen trailer as of the time of the loss, or

     3. The cost of repairing or replacing the damaged or stolen trailer with another of like kind or quality.

If part of the policy, the TRUCKERS ENDORSEMENT (CA 2320) paragraph B.1.a is replaced with the following:

   B. The following Trailer Interchange Coverage Provisions are added

     1. Coverage

       a. We will pay all sums you legally must pay as damages because of "loss" to a "trailer" you don't own or its equipment. The "trailer" must be in your possession according to the indicated description contained in the TRAILER INTERCHANGE TRAILER SCHEDULE

All other terms, conditions and agreements of the policy shall remain unchanged.

| Company Name | Policy Number |
|---|---|
| **National Fire & Marine Insurance Company** | **72 TRS 099335** |
| | Endorsement Effective |
| | **03/16/2019 12:01 AM** |
| Named Insured | Countersigned by |
| **TENGFEI TRUCKING INC** | |
| | (Authorized Representative) |

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy)

03/30/2019 09:01 2D942291-F72B-41E9-9CC2-E748B1358932

Includes copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL AUTO
CA 01 43 05 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES

For a covered "auto" licensed or principally garaged in or "garage operations" conducted in California this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The term "spouse" is replaced by the following: Spouse or registered domestic partner under California law.

**B.** The following are added to the **Other Insurance** Condition in the Business Auto and Garage Coverage Forms and the **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier and Truckers Coverage Forms and supersede any provisions to the contrary:

**1.** When this Coverage Form and any other Coverage Form or policy providing liability coverage apply to an "auto" and:

**a.** One provides coverage to a Named Insured engaged in the business of selling, repairing, servicing, delivering, testing or road-testing "autos", and

**b.** The other provides coverage to a person not engaged in that business, and

**c.** At the time of an "accident", a person described in Paragraph **1.b.** is operating an "auto" owned by the business described in Paragraph **1.a.**, then that person's liability coverage is primary and the Coverage Form issued to a business described in Paragraph **1.a.** is excess over any coverage available to that person.

**2.** When this Coverage Form and any other Coverage Form or policy providing liability coverage apply to an "auto" and:

**a.** One provides coverage to a Named Insured engaged in the business of selling, repairing, servicing, delivering, testing or road-testing "autos", and

**b.** The other provides coverage to a person not engaged in that business, and

**c.** At the time of an "accident" an "insured" under the Coverage Form described in Paragraph **2.a.** is operating an "auto" owned by a person described in Paragraph **2.b.**, then the Coverage Form issued to the business described in Paragraph **2.a.** is primary and the liability coverage issued to a person described in Paragraph **2.b.** is excess over any coverage available to the business.

**3.** When this Coverage Form and any other Coverage Form or policy providing liability coverage apply to a "commercial vehicle" and:

**a.** One provides coverage to a Named Insured, who in the course of business, rents or leases "commercial vehicles" without operators, and

**b.** The other provides coverage to a person other than as described in Paragraph **3.a.**, and

**c.** At the time of an "accident", a person who is not the Named Insured of the policy described in Paragraph **3.a.**, and who is not the agent or "employee" of such Named Insured is operating a "commercial vehicle" provided by the business covered by the Coverage Form or policy described in Paragraph **3.a.**, then the liability coverage provided by the Coverage Form or policy described in Paragraph **3.b.** is primary, and the liability coverage provided by the Coverage Form or policy described in Paragraph **3.a.** is excess over any coverage available to that person.

03/30/2019 09:01 2D942291-F72B-41E9-9CC2-E748B1358932

 © ISO Properties, Inc., 2006

**4.** Notwithstanding Paragraph **B.3.,** when this Coverage Form and any other Coverage Form or policy providing liability coverage apply to a power unit and any connected "trailer" or "trailers" and:

   **a.** One provides coverage to a Named Insured engaged in the business of transporting property by "auto" for hire; and

   **b.** The other provides coverage to a Named Insured not engaged in that business; and

   **c.** At the time of an "accident", a power unit is being operated by a person insured under the Coverage Form or policy described in Paragraph **4.a.,** then that Coverage Form or policy is primary for both the power unit and any connected "trailer" or "trailers" and the Coverage Form or policy described in Paragraph **4.b.** is excess over any other coverage available to such power unit and attached "trailer" or "trailers".

**C.** As used in this endorsement:

"Commercial vehicle" means an "auto" subject to registration or identification under California law which is:

   **1.** Used or maintained for the transportation of persons for hire, compensation or profit;

   **2.** Designed, used or maintained primarily for the transportation of property; or

   **3.** Leased for a period of six months or more.

© ISO Properties, Inc., 2006

**CA 01 43 05 07**   □

M-5377 (10/2015)

# NOTICE OF SERVICE OF SUIT

If required by your state statutes, we will designate the Commissioner of Insurance of your state, or any other officer specified by your state statutes, or their successors in office, as our true and lawful attorney for Service of Suit instituted by you, or on your behalf, or on behalf of your beneficiary, in regard to your policy, and designate that such process should be mailed to the Company Home Office address listed below

President

**National Fire & Marine Insurance Company**

**1314 Douglas Street, Suite 1400**

**Omaha, NE 68102-1944**

All other terms, conditions, and agreements of the policy shall remain unchanged.

| Company Name | Policy Number |
|---|---|
| **National Fire & Marine Insurance Company** | **72 TRS 099335** |
| | Endorsement Effective |
| | **03/16/2019 12:01 AM** |
| Named Insured | Countersigned by |
| **TENGFEI TRUCKING INC** | |
| | (Authorized Representative) |

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy)

M-5566 (11/2010)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RETURN PREMIUM – LESS THAN PRO RATA

Other policy provisions notwithstanding, if this policy is cancelled we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels or if the cancellation is due to nonpayment of premium, the refund will be _____ % (90% if left blank) of a pro rata refund. The cancellation will be effective even if we have not made or offered a refund

All other terms and conditions of this policy remain unchanged.

| Company Name | Policy Number |
|---|---|
| **National Fire & Marine Insurance Company** | **72 TRS 099335** |
| | Endorsement Effective |
| | **03/16/2019 12:01 AM** |
| Named Insured | Countersigned by |
| **TENGFEI TRUCKING INC** | |

(Authorized Representative)

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy)

M-5566 (11/2010)

M-5479 (04/2010)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOWING AND STORING COSTS

The following modifies the Coverage Extensions under Physical Damage Coverage:

In the event of a "loss" to a covered "auto" to which this policy's Physical Damage Coverage applies, we will pay the necessary and reasonable incurred cost of towing the covered "auto" to the nearest facility capable of making the necessary repairs or to another location if we agree upon that location prior to towing. We will also pay the necessary and reasonable incurred cost of storing the covered "auto" for the time required to adjust the claim, subject to a maximum time in storage of 30 days.

All other terms, conditions and agreements remain unchanged.

| Company Name | Policy Number |
|---|---|
| **National Fire & Marine Insurance Company** | **72 TRS 099335** |
| | Endorsement Effective |
| | **03/16/2019 12:01 AM** |
| Named Insured | Countersigned by |
| **TENGFEI TRUCKING INC** | |

(Authorized Representative)

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy)

M-3795 (3/87)

## PUNITIVE DAMAGE EXCLUSION
## DUTY TO DEFEND AMENDMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies the insurance provided under all coverage forms and is effective on the inception date of the policy or on the date shown below.

The insuring agreement is amended to provide that this insurance does not apply to any sums awarded as punitive damages.

The Company has the right and duty to defend any suit asking for damages covered by this policy. However, the Company has no duty to defend suits for bodily injury or property damage not covered by this policy. The Company has the right to defend any suit against the insured which seeks both punitive damages and damages covered in the insuring agreement. However, the Company has no duty to defend any suit seeking only punitive damages or where the remaining allegations of a complaint seek only punitive damages, and the Company shall have the right to settle that part or parts of a suit seeking damages other than punitive.

In the event of a conflict of interest between the insured and the Company due to allegations of punitive damage or due to other allegations not covered by the insuring agreement, the Company shall not be obligated to retain separate counsel to represent the interests of the insured with respect to defense of non-covered allegations, but the insured shall have the right to retain separate counsel at the insured's expense to serve as co-counsel. The Company shall not be required to relinquish control of the defense to such co-counsel so long as covered allegations remain in the suit.

All other terms, conditions and agreements of the policy shall remain unchanged.

| Company Name | Policy Number |
|---|---|
| **National Fire & Marine Insurance Company** | **72 TRS 099335** |
| | Endorsement Effective |
| | **03/16/2019 12:01 AM** |
| Named Insured | Countersigned by |
| **TENGFEI TRUCKING INC** | |

(Authorized Representative)

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy)

M-5701 (05/2012)

# SUPPLEMENTAL DECLARATIONS – CARGO COVERAGE

**ITEM TWO**

☐ NAMED PERILS ONLY: Section II, paragraph A.2. applies.

CARGO principally consists of: **APPLIANCES,CANNED GOODS (DRY, NON-PERISHABLE),PAPER PRODUCTS**

| ITEM THREE | SCHEDULE OF COVERAGE | |
|---|---|---|
| **SPECIFICALLY DESCRIBED AUTOS** | **CARGO LIMIT OF INSURANCE** | **PREMIUM** |
| **DESCRIPTION OF COVERED AUTO** | | |
| 1  VOLVO  4V4NC9EH0FN919156 | $100,000 | See M-4959a (03/2002) |
| 2  VOLVO  4V4NC9EHXFN178630 | $100,000 | See M-4959a (03/2002) |
| **HIRED AUTOS** | | |
| **ANY AUTOS** | | |
| **CATASTROPHE LIMIT** ($1,000,000 if left blank) | | |
| **DEDUCTIBLE FOR EACH COVERED "AUTO"**              1,000 | | |
| **COVERAGE EXTENSIONS** | | |
| **Debris Removal & Loss Mitigation Limit $**       5,000 | | **Incl.** |
| **Earned Freight Charges Limit $**       N/A | | **N/A** |
| **TOTAL CARGO COVERAGE PREMIUM** | | **6,382** |

All other terms, conditions and agreements of the policy shall remain unchanged.

| Company Name | Policy Number |
|---|---|
| **National Fire & Marine Insurance Company** | **72 TRS 099335** |
| | Supplemental Declarations Effective  **03/16/2019 12:01 AM** |
| Named Insured | Countersigned at |
| **TENGFEI TRUCKING INC** | by |

(Authorized Representative)

(The Attaching Clause need be completed only when this supplemental declarations is issued subsequent to preparation of the policy)

# CARGO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties, and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us", and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION IV – CARGO DEFINITIONS.

**SECTION I – COVERED AUTOS**

**A.  DESCRIPTION OF COVERED AUTOS**

ITEM THREE of the Declarations shows the descriptions of "autos" that are covered "autos" for Cargo Coverage. A covered "auto" description only applies if premium is displayed in ITEM THREE of the Declarations for the given description.

1.  Covered "Auto" Description

    a. SPECIFICALLY DESCRIBED "AUTOS":
       Only those "autos" described in ITEM THREE of the Declarations for which a cargo coverage premium charge is shown.

    b. HIRED "AUTOS" means:
       Only those "autos" you lease, hire, rent, or borrow. This does not include any private passenger type auto you lease, hire, rent, or borrow from any member of your household, any of your employees, partners, or agents, or members of their households.

    c. ANY "AUTO" means:
       Any "auto" used by you in your business to transport "cargo".

2.  If the covered "auto" is a power unit, the covered "auto" for cargo coverage also includes:

    a.  Any trailers and semi-trailers; or

    b.  A mobile, modular, sectional, or multi-part home or office trailer;

    but only while attached to a described power unit or for up to 48 hours after being detached from a described power unit if the detachment was required by emergency, mechanical breakdown, or servicing of the power unit, trailer, or mobile home.

**B.  OWNED AUTOS YOU ACQUIRE AFTER THE POLICY BEGINS**

An "auto" you acquire will be a covered "auto" for cargo coverage only if:

1.  We already cover all "autos" that you own for cargo coverage or it replaces an "auto" you previously owned that had cargo coverage; and

2.  You tell us within 30 days after you acquire it that you want us to cover it for cargo coverage.

**C.  TEMPORARY SUBSTITUTE AUTOS**

Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered

"auto" you own that is out of service because of its:

1. Breakdown;

2. Repair;

3. Servicing;

4. "Loss"; or

5. Destruction;

will be a covered "auto" for Cargo Coverage.

**SECTION II – CARGO COVERAGE**

**A. COVERED CARGO**

1. In consideration of the payment of the premium and subject to all terms and conditions of this policy, we will pay for:

   a. Physical "loss" to "cargo" owned by you while in transit in or on a covered "auto" operated by you; or

   b. Your legal liability as a motor carrier or bailee for physical "loss" to "cargo" owned by others while in transit in or on a covered "auto" operated by you; or

   c. Physical "loss" to "cargo" caused while loading or unloading by you or your employee unless NAMED PERILS ONLY is checked in ITEM TWO of the Declarations

2. If NAMED PERILS ONLY is checked in ITEM TWO of the Declarations, we will only pay for physical "loss" to "cargo" caused by:

   a. Fire, lightning, or explosion;

   b. Collision (meaning accidental collision of the covered "auto" with any other vehicle or object);

   c. Overturning of the covered "auto";

   d. Collapse of bridges, docks, wharves, culverts, overpasses, or ramps;

   e. The stranding, sinking, burning, or collision (including general average and salvage charges) of any ferry while operating on inland waterways only;

   f. Floods (meaning the rising of streams and navigable waters from natural causes);

   g. Windstorm, excluding "loss" caused by hail, rain, sleet, or snow, whether driven by wind or not; or

   h. Theft of an entire shipping package.

**B. EXCLUSIONS**

1. This insurance does not apply to "losses" caused by any of the following:

   a. Governmental Action

      Seizure or destruction of property by order of governmental authority.

b. Nuclear Hazard

Nuclear reaction or nuclear radiation or radioactive contamination, all whether controlled or uncontrolled, and whether such "loss" be direct, indirect, proximate, or remote, or be in whole or in part caused by, contributed to, or aggravated by any peril.

c. War and Military Action

1) War, including undeclared or civil war;
2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or
3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

d. Failure of Temperature Controls

Mechanical failure or breakdown of refrigeration equipment, heating equipment, or temperature control equipment. This exclusion applies only if NAMED PERILS ONLY is checked in ITEM TWO of the Declarations.

e. Dishonest or Criminal Acts

Dishonest or criminal act committed by:

1) You, any of your partners, employees, directors, trustees, agents, or authorized representatives;
2) A manager or a member if you are a limited liability company;
3) Anyone else with an interest in the property, or their employees or authorized representatives; or
4) Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such persons are acting alone or in collusion with other persons or whether or not such acts occur during the hours of employment.

f. Fraud

Voluntary parting with any "cargo" by you or anyone entrusted with the "cargo" if induced to do so by any fraudulent scheme, trick, device, or false pretense.

g. Failure to Preserve

Neglect of an insured to use all reasonable means to save and preserve "cargo" from further damage at and after the time of "loss".

h. Improper Loading or Transport

1) Shifting of a load in or on an "auto", unless the load was adequately secured with straps or tie-downs and the "loss" was caused by breakage or failure of the straps or tie-downs;
2) Leakage, breaking, marring or scratching, rough handling, or poor packing;
3) Wetness or dampness unless the compartment carrying the "cargo" is completely covered by a waterproof tarpaulin which is securely fastened;
4) Deterioration, corrosion, discoloration, mold, rust, frost, rot, spoilage, souring, steaming, or changed flavor;
5) Any quality in the "cargo" that causes it to damage or destroy itself;
6) Insects, vermin, or rodents; or

    7)  Extremes of temperature not caused by mechanical failure or breakdown of refrigeration equipment, heating equipment, or temperature control equipment;

unless caused directly by fire, lightning, explosion, collision, overturning of the covered "auto", floods, windstorm, or theft.

  i.  Abandonment or neglect.

  j.  Theft

Theft from a fully enclosed and locked "auto", except by forced entry.

2.  This insurance does not apply to:

  a.  "Autos", Shipping Containers, and Free "Cargo"

"Loss" to a covered "auto" or its equipment, including tarpaulins and fittings, or to a shipping container in your possession under an interchange agreement, or to "cargo" you carry free or as an accommodation.

  b.  Valuable "Cargo"

"Loss" to accounts, bills, deeds, evidences of debt, letters of credit, passports, documents, railroad or other tickets, notes, securities, money, currency, bullion, precious stones, jewelry, furs, silk, paintings, statuary and other works of art, manuscripts, mechanical drawings, or other similar valuables.

  c.  Indirect "Loss"

Delay, loss of use, loss of market, diminution of value, or any other indirect "loss".

  d.  Shortages

Shortage or "loss" caused by mysterious disappearance or pilferage.

  e.  Animals

"Loss" to live animals except for straying, death, or injury rendering death immediately necessary. Subject to all other exclusions, "loss" for straying is limited to expenses in roundup, feeding, and maintaining these live animals until such time as they can be delivered to their final destination.You are required to deliver the load as soon as is practicable but coverage for these additional expenses will cease after ten days following the date of "loss".

  f.  "Loss" to illegal "cargo".

  g.  "Loss" to cotton within 72 hours after ginning.

  h.  Mobile Homes

With respect to mobile homes:

    1)  "Loss" to personal property that is not an integral part of the mobile home;
    2)  "Loss" from the collapse or failure of the undercarriage or suspension system of the mobile home including but not limited to axle, wheels, or tires; or
    3)  "Loss" from sagging, warping, twisting, or "loss" of windows or doors from their frames unless caused directly by fire, lightning, explosions, collision, overturning of the "auto," floods, windstorm, or theft.

  i.  Brokerage fees or freight-forwarding fees.

**C. HOW WE WILL PAY FOR LOSSES**

1. "Loss" is payable to you and to the owner of the "cargo", as interests may appear.

2. At our option, we may:

   a. Pay for, repair, or replace damaged or stolen "cargo"; or

   b. Return the stolen "cargo" at our expense and pay for any damage that results to the "cargo" from the theft; or

   c. Take all or any part of the damaged or stolen "cargo" upon payment of the Cargo Limit of Insurance stated in the Schedule of Coverage (less deductible).

3. Subject to the Section II, Part D. Cargo Limit of Insurance, Coinsurance, and Deductible:

   a. In the event of "loss" to any part of a pair or set of "cargo", we may repair or replace any part to restore the pair or set to its value before the "loss" or pay the difference between the value of the pair or set before and after the "loss".

   b. In the event of "loss" to any one or more sections of a multi-section mobile or modular home which is covered "cargo", the actual cash value of such "cargo" at the time of "loss" is the value of all sections of the mobile or modular home. In the event of "loss" to one section of a multi-section mobile or modular home which is covered "cargo" and repairing or replacing the damaged section such that the whole mobile or modular home is usable is not economically feasible, the total amount of the "loss" shall be the value of all sections of the mobile or modular home and the company may take title to the undamaged section(s).

**D. CARGO LIMIT OF INSURANCE, COINSURANCE, AND DEDUCTIBLE**

1. Cargo Limit of Insurance

   Regardless of the number of covered "autos", "insureds", or claims related to the "loss", the most we will pay under this policy for all losses, subject to the Coinsurance and Deductible clauses:

   a. For a single covered "auto", is the smallest of the following:

      1) The limit shown as the Cargo Limit of Insurance in the Schedule of Coverage; or
      2) The actual cash value of the damaged or stolen "cargo" at the time of the "loss", but actual cash value shall not exceed the lower of the invoice price or the market value on the date and place of shipment.

   b. For any one "loss", is the smallest of the following:

      1) The total of all "cargo" limits on all covered "autos" involved in the "loss"; or
      2) The Catastrophe Limit shown in the Schedule of Coverage.

2. Coinsurance

   a. If the Cargo Limit of Insurance shown in the Schedule of Coverage is 80% or more of the actual cash value of the "cargo" at the time of "loss", we will pay the full value of the "loss" up to the Cargo Limit of Insurance.

   b. If the Cargo Limit of Insurance shown in the Schedule of Coverage is less than 80% of the actual cash value of the "cargo" at the time of "loss", we will pay only a percentage share of the "loss". We will determine the most we will pay using the following steps:

Step 1: Multiply the actual cash value of the "cargo" at the time of "loss" by 0.80;

Step 2: Divide the Cargo Limit of Insurance shown in the Schedule of Coverage by the figure determined in Step 1;

Step 3: Multiply the total amount of "loss", before the application of any deductible, by the figure determined in Step 2; and

Step 4: Subtract the deductible from the figure determined in Step 3.

We will pay the amount determined in Step 4 or the Cargo Limit of Insurance shown in the Schedule of Coverage, whichever is less.

3. Deductible

For each "loss", our obligation to pay for, repair, return, or replace damaged or stolen "cargo" will be reduced by the applicable deductible per covered "auto" as shown in the Schedule of Coverage. Such deductible does not apply to any Coverage Extension as described in paragraph II.E.

**E.  COVERAGE EXTENSIONS**

The payments made under Coverage Extensions will not reduce the Cargo Limit of Insurance

1. Debris Removal and Loss Mitigation

Subject to the Debris Removal and Loss Mitigation Limit shown in ITEM THREE of the Declarations, we will pay for:

a.  Reasonable expenses for removal or clean-up of debris of covered "cargo" if necessitated by a covered "loss"; and

b.  Reasonable expenses incurred to mitigate a covered "loss", including expenses related to saving and preserving the "cargo" and necessary storage fees.

2. Earned Freight Charges

Subject to the Earned Freight Charges Limit shown in ITEM THREE of the Declarations, we will pay for freight charges you have earned to the point of the accident but cannot collect because of "loss" which results in a loss payment under this cargo coverage.

**F.  DEFENSE**

We will have the option, but not the duty, to defend any suit seeking to hold you liable for "loss" to "cargo" owned by others to which this insurance applies. We may at our discretion investigate any "loss" and settle any claim or suit that may result.

**SECTION III – CARGO CONDITIONS**

The following are conditions for coverage under this policy:

**A.  LOSS CONDITIONS**

1. Appraisal for "Cargo" "Loss"

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire.

M-5655 (05/2012)

The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

    a. Pay its chosen appraiser; and

    b. Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

2. Your Duties in the Event of "Cargo" "Loss"

    a. You must give us or our authorized representative prompt notice of "loss" including how, when, and where the "loss" occurred.

    b. You must not assume any obligation, make any payment, or incur any expense without our consent, except at your own cost.

    c. You must immediately send us copies of any demand, notice, summons, or legal paper received concerning the "loss".

    d. You must cooperate with us in investigating, securing information and evidence, effecting settlements, arranging for the attendance of witnesses at trials, and prosecuting appeals in connection with each claim.

    e. You must promptly notify the police if the "cargo" is stolen.

    f. You must take all reasonable steps to protect the "cargo" from further damage. You must keep a record of your expenses for consideration in the settlement of the claim.

    g. You must permit us to inspect the "cargo" and records proving the "loss".

    h. You must agree to examinations under oath at our request and give us a signed statement of your answers.

    i. When required by us, you must send us a sworn proof of "loss" containing the information we request to settle the claim.

3. Legal Action Against Us

No one may bring any legal action against us under this coverage unless:

    a. There has been full compliance with all the terms and conditions of this coverage;

    b. The legal action is commenced against us within twelve (12) months after the determination of your liability for the "loss" (or within twelve (12) months after the date of "loss" if you own the "cargo"), provided that where that limitation of time is prohibited under the laws of the state in which this coverage is issued, no legal action against us shall be sustainable unless it is commenced within the shortest limitation of time permitted under the laws of that state; and

    c. With respect to your liability for "loss" to "cargo" owned by others, there has been an "agreed settlement" or a final judgment against you obtained after an actual trial.

4. Transfer of Rights of Recovery Against Others to Us

If any person or organization to or for whom we make payment under this coverage has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after the "loss" to impair them.

**B. GENERAL CARGO CONDITIONS**

1. Concealment, Misrepresentation, or Fraud

   This coverage is void in any case of fraud by you at any time as it relates to this coverage It is also void if you or any other "insured", at any time, intentionally conceal or misrepresent a material fact concerning this coverage, a claim under this coverage, or your interest in the property.

2. No Benefit to Bailee

   We will not recognize any assignment or grant any coverage for the benefit of any person or organization (other than the Named Insured) holding, storing, or transporting property for a fee regardless of any other provision of this coverage.

3. Other Insurance

   a. If you have other insurance covering the same "loss" as the insurance under this policy, we will pay (subject to all other terms and conditions of the policy) only the amount of the "loss" in excess of what you should have received from the other insurance unless the other insurance is written explicitly to apply in excess of the Cargo Limit of Insurance shown in the Declarations of this Coverage.We will pay the excess whether you can collect on the other insurance or not.

   b. If the only other insurance coverage available is a cargo policy issued to another motor carrier as the Named Insured and your liability arises under a written lease with that motor carrier, then this coverage shall be primary.

   c. When this Coverage Form and any other coverage form or policy covers on the same basis, either primary or excess, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the coverage forms and policies covering on the same basis.

4. Policy Period, Coverage Territory

   a. Under this coverage, we cover "losses" occurring:

      1) During the policy period shown in the Declarations; and
      2) Within the coverage territory.

   b. The coverage territory is:

      1) The United States of America;
      2) The territories and possessions of the United States of America;
      3) Puerto Rico; and
      4) Canada.

5. Abandonment

   There can be no abandonment of any property to us

6. Indemnification Clause

   You agree to reimburse us for any payment we make solely because of a federal, state, or provincial filing we have made under the policy on your behalf.

M-5655 (05/2012)

7.  Agent

No person may be considered our agent unless specifically authorized in writing by us.

**SECTION IV – CARGO DEFINITIONS**

The following words and phrases have special meaning for CARGO COVERAGE only.

A.  **"AGREED SETTLEMENT"** means a settlement and release of your liability signed by the claimant or the claimant's legal representative to which we have granted our written consent.

B.  **"AUTO"** means a land motor vehicle, trailer, or semi-trailer designed for travel on public roads.

C.  **"CARGO"** means property of others which is in your custody while loaded for shipment in or on a covered "auto" or property owned by you while loaded for shipment in or on a covered "auto".

D.  **"INSURED"** means any person or organization named in ITEM ONE of the Declarations.

E.  **"LOSS"** means a direct and accidental loss or damage.

M-5694 (03/2012)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REFRIGERATION BREAKDOWN COVERAGE

This endorsement modifies insurance provided under the following:

CARGO COVERAGE FORM

If the Named Perils Only box is not checked in ITEM TWO of the Declarations, **SECTION II – CARGO COVERAGE – B. EXCLUSIONS – d. Failure of Temperature Controls** is replaced with the following:

This insurance does not apply to "loss" caused by:

1) Failure to provide adequate fuel supply in the refrigeration unit, heating unit, or temperature control unit;

2) Failure to maintain crankcase oil level within the manufacturer's limits in the refrigeration unit, heating unit, or temperature control unit;

3) Failure to maintain an adequate level of refrigerant according to the manufacturer's specifications in the refrigeration unit, heating unit, or temperature control unit;

4) Willful destruction or damage to the refrigeration unit, heating unit, or temperature control unit by your employee or by others.

All other terms, conditions, and agreements of the policy shall remain unchanged.

| Company Name<br>**National Fire & Marine Insurance Company** | Policy Number **72 TRS 099335** |
| --- | --- |
| | Endorsement Effective **03/16/2019 12:01 AM** |
| Named Insured<br>**TENGFEI TRUCKING INC** | Countersigned by |

(Authorized Representative)

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy)

03/30/2019 09:01 2D942291-F72B-41E9-9CC2-E748B1358932

M-5824 (01/2015)

# TERRORISM RISK INSURANCE ENDORSEMENT

## NOTICE TO POLICYHOLDERS REQUIRED UNDER
## TERRORISM RISK INSURANCE ACT OF 2002

Pursuant to the requirements of the Terrorism Risk Insurance Act of 2002 (the "Act"), including all amendments thereto, we advise you of the following information:

Coverage for acts of terrorism is included in this policy subject to the terms, conditions, limits and exclusions contained therein. Under this coverage, certain losses caused by certified acts of terrorism may be partially reimbursed by the United States under a formula established by federal law. Under this formula, the United States pays a portion (85% in Calendar Year 2015, decreasing by 1% each year starting January 1, 2016, until reaching 80% on January 1, 2020) of covered terrorism losses exceeding the statutorily-established deductible paid by the insurance company providing the coverage. While your insurer faces significant exposure under your policy for losses caused by acts of terrorism, the premium you paid for the policy does not reflect that exposure. **Consequently, no premium is currently being charged on your policy for the risk of losses caused by certified acts of terrorism.**

THERE IS AN ANNUAL LIABILITY CAP FOR COVERED TERRORISM LOSSES UNDER THE ACT EQUAL TO $100,000,000,000 OF AGGREGATE INSURED LOSSES AS DEFINED IN THE ACT. LOSSES PAID UNDER THIS COVERAGE WILL BE PARTIALLY REIMBURSED BY THE UNITED STATES UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. UNDER THIS FORMULA, THE UNITED STATES PAYS A PORTION (85% IN CALENDAR YEAR 2015, DECREASING BY 1% EACH YEAR STARTING JANUARY 1, 2016, UNTIL REACHING 80% ON JANUARY 1, 2020) OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY-ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. ANY INSURER THAT HAS SATISFIED THEIR STATUTORILY-ESTABLISHED DEDUCTIBLE IS NOT LIABLE FOR AND THE UNITED STATES SECRETARY OF THE TREASURY IS NOT AUTHORIZED TO PAY ANY PORTION OF SUCH LOSSES EXCEEDING THE CAP ON ANNUAL LIABILITY OF $100,000,000,000.

Premium on renewal of your coverage may be charged for you to maintain coverage for losses arising out of acts of terrorism. In that event you will be informed of such charges to the extent required by federal or state law.

| Company Name | Policy Number | |
|---|---|---|
| | | **72 TRS 099335** |
| **National Fire & Marine Insurance Company** | Endorsement Effective | |
| | | **03/16/2019 12:01 AM** |
| Named Insured | Countersigned at | |
| **TENGFEI TRUCKING INC** | By | |

(Authorized Representative)

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy)

IL N 119 09 15

# CALIFORNIA AUTO BODY REPAIR CONSUMER BILL OF RIGHTS

(This form was developed by the California Department of Insurance)

A CONSUMER IS ENTITLED TO:

1. SELECT THE AUTO BODY REPAIR SHOP TO REPAIR AUTO BODY DAMAGE COVERED BY THE INSURANCE COMPANY. AN INSURANCE COMPANY SHALL NOT REQUIRE THE REPAIRS TO BE DONE AT A SPECIFIC AUTO BODY REPAIR SHOP.
2. AN ITEMIZED WRITTEN ESTIMATE FOR AUTO BODY REPAIRS AND, UPON COMPLETION OF REPAIRS, A DETAILED INVOICE. THE ESTIMATE AND THE INVOICE MUST INCLUDE AN ITEMIZED LIST OF PARTS AND LABOR ALONG WITH THE TOTAL PRICE FOR THE WORK PERFORMED. THE ESTIMATE AND INVOICE MUST ALSO IDENTIFY ALL PARTS AS NEW, USED, AFTERMARKET, RECONDITIONED, OR REBUILT.
3. BE INFORMED ABOUT COVERAGE FOR TOWING AND STORAGE SERVICES.
4. BE INFORMED ABOUT THE EXTENT OF COVERAGE, IF ANY, FOR A REPLACEMENT RENTAL VEHICLE WHILE A DAMAGED VEHICLE IS BEING REPAIRED.
5. BE INFORMED OF WHERE TO REPORT SUSPECTED FRAUD OR OTHER COMPLAINTS AND CONCERNS ABOUT AUTO BODY REPAIRS.
6. SEEK AND OBTAIN AN INDEPENDENT REPAIR ESTIMATE DIRECTLY FROM A REGISTERED AUTO BODY REPAIR SHOP FOR REPAIR OF A DAMAGED VEHICLE, EVEN WHEN PURSUING AN INSURANCE CLAIM FOR REPAIR OF THE VEHICLE.

COMPLAINTS WITHIN THE JURISDICTION OF THE BUREAU OF AUTOMOTIVE REPAIR

Complaints concerning the repair of a vehicle by an auto body repair shop should be directed to:

Toll Free (866) 799-3811

California Department of Consumer Affairs

Bureau of Automotive Repair

10949 North Mather Blvd.

Rancho Cordova, CA 95670

The Bureau of Automotive Repair can also accept complaints over its web site at www.autorepair.ca.gov

COMPLAINTS WITHIN THE JURISDICTION OF THE CALIFORNIA INSURANCE COMMISSIONER

Any concerns regarding how an auto insurance claim is being handled should be submitted to the California Department of Insurance at:

(800) 927-HELP or (213) 897-8921

California Department of Insurance

Consumer Services Division

300 South Spring Street

Los Angeles, CA 90013

The California Department of Insurance can also accept complaints over its web site at:www.insurance.ca.gov