U.S. Department of Transportation
**Federal Motor Carrier Safety Administration**
**Licensing and Insurance Public**

Menu  Choose Menu Option  ⌄   Go

## Details

| US DOT: | 3112129 | | Docket Number: | MC00083240 |
|---|---|---|---|---|
| Legal Name: | BIG BROTHER TRANSPORTATION INC | | | |

| Doing-Business-As Name: | |
|---|---|

| Business Address | Business Telephone and Fax | Mail Address | Mail Telephone and Fax | Undeliverable Mail |
|---|---|---|---|---|
| 7243 RANCHO ROSA WAY RCH CUCAMONGA CA 91701 | 6267598444 | 7243 RANCHO ROSA WAY RCH CUCAMONGA CA 91701-5465 | | NO |

| Authority Type | Authority Status | Application Pending |
|---|---|---|
| Common | INACTIVE | NO |
| Contract | NONE | NO |
| Broker | NONE | NO |

| Property | Passenger | Household Goods | Private | Enterprise |
|---|---|---|---|---|
| YES | NO | NO | NO | NO |

| Insurance Type | Insurance Required | Insurance on File |
|---|---|---|
| BIPD | $750,000 | $0 |
| Cargo | NO | NO |
| Bond | NO | NO |

**BOC-3:** YES

**Blanket Company:**    ALL AMERICAN AGENTS OF PROCESS

Web Site Content and BOC-3 Information Clarification

Active/Pending Insurance      Rejected Insurance      Insurance History      Authority History      Pending Application      Revocation

December 16, 2022



FMCSA Home | DOT Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins | Related Sites | Help

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 - 1-800-832-5660 - TTY: 1-800-877-8339 - Field Office Contacts