JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN SENTINEL INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>      v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY,<br><br>              Defendant. | CV 22-2602 PA (ASx)<br><br>JUDGMENT |

Pursuant to the Court's January 26, 2023 Minute Order granting the Motion for Summary Judgment filed by plaintiff American Sentinel Insurance Company ("ASIC") and denying the Motion for Judgment on the Pleadings filed by defendant National Fire & Marine Insurance Company ("National"), it is hereby ORDERED, ADJUDGED, AND DECREED:

      1.     Big Brother Transportation, Inc. ("Big Brother") is an "insured" under insurance policy number 72 TRS 099335, issued by National to Tengfei Trucking Inc. ("Tengfei");

      2.     National has a duty to defend Big Brother from the claims alleged in the underlying lawsuit now pending in the United States District Court for the District of

Arizona, Case No. CV 3:21-8057-JJT and any related actions (the "Underlying Action") arising out of the March 15, 2020 collision involving the 2015 Volvo tractor operated by Tengfei;

3.      ASIC shall recover from National the amount of $246,733.44 for defense costs ASIC incurred defending Big Brother in the Underlying Action that in equity and good conscience was National's obligation to provide;

4.      ASIC shall recover from National its costs of suit; and

5.      ASIC is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a).

The Clerk is ordered to enter this Judgment.

DATED: January 26, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE