1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

9

AMERICAN SENTINEL
INSURANCE COMPANY,

Plaintiff,

vs.

NATIONAL FIRE & MARINE
INSURANCE COMPANY,

Defendant.

Case No.: 2:22-cv-02602-PA-AS

**ORDER RE AMENDED
JUDGMENT**

[Honorable Percy Anderson]

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  The Court, having reviewed the Stipulation RE Amended Judgment and

2  Payment of Same, and finding good cause therefor, hereby APPROVES the

3  stipulation in its entirely, and orders the amount of the judgment in this case

4  amended to reflect the correct amount of $295,505.07.

5

6  **IT IS SO ORDERED**

7

8  Dated: February 27, 2023            By: _____

9                                              Percy Anderson

10                                        UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER CONTINUING DISPOSITIVE MOTION HEARING AND RELATED DEADLINES**